IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL L. GUIDRY,<br><br>    Plaintiff,<br><br>v.<br><br>MARINE ENGINEERS' BENEFICIAL ASSOCIATION,<br><br>    Defendant. | No. C 11-05347 CRB<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL** |

Plaintiff Paul Guidry has contacted the Court requesting the appointment of counsel. The Court DENIES Plaintiff's request without prejudice.[1] If Plaintiff wishes to do so, he can visit the Volunteer Legal Services Program ("VLSP") located on the 15th floor of the Federal Building at 450 Golden Gate Avenue, Room 2796. Plaintiff can make an appointment by calling 415-782-9000 x 8657. Depending on the outcome of Plaintiff's consultation with VLSP, the Court might reconsider referring Plaintiff to the Pro Bono Project upon a renewed Motion with an exhibit showing that VLSP believes his case is appropriate for appointment

//

//

//

---

[1] There is no constitutional right to counsel in a civil case. <u>United States v. 30.64 Acres of Land</u>, 795 F.2d 796, 801 (9th Cir. 1986).

1  of counsel.

2  **IT IS SO ORDERED.**

4  Dated: July 17, 2012

5  CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE