IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL L. GUIDRY,<br><br>   Plaintiff,<br><br>   v.<br><br>MARINE ENGINEERS' BENEFICIAL ASSOCIATION, et al.,<br><br>   Defendants. | No. C 11-05347 CRB<br><br>**JUDGMENT** |

   Having granted summary judgment for Defendant, the Court hereby enters judgment for Defendant and against Plaintiff.

   **IT IS SO ORDERED.**

Dated: March 8, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\5347\judgment.wpd